IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00629-WYD-PAC

JACQUELENE GOEMMER,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL, INC., a Delaware corporation, now known as Honeywell International, Inc.;
BREED TECHNOLOGIES, INC., a Delaware corporation;
HONEYWELL, INC., a Delaware corporation, now known as Honeywell International, Inc.; and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendants.

**ORDER**

    THIS MATTER is before the Court on Plaintiff Jacquelene Goemmer's and Defendant Ford Motor Company's Stipulation for (1) Dismissal of Plaintiff's Punitive Damages Claim without Prejudice and (2) Withdrawal of Ford's Motion to Dismiss Plaintiff's Fourth Claim for Relief and Request for Costs [# 6], filed May 16, 2006.  After a careful review of the Stipulation and the file, it is

    ORDERED that Plaintiff's Fourth Claim for Relief for punitive damages against Defendant Ford Motor Company is **DISMISSED WITHOUT PREJUDICE**.  It is

    FURTHER ORDERED that Defendant Ford Motor Company's Motion to Dismiss Plaintiff's Fourth Claim for Relief [# 4], filed May 8, 2006, is **WITHDRAWN**.  It is

    FURTHER ORDERED each party shall bear her or its own costs and attorney's

Case 1:06-cv-00629-WYD-KLM   Document 8   Filed 05/18/06   USDC Colorado   Page 2 of 2

fees in connection with Ford Motor Company's Motion to Dismiss.

Dated: May 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

-2-