IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00629-WYD-PAC

JACQUELINE GOEMMER,

    Plaintiff(s),

v.

FORD MOTOR COMPANY, a Delaware corporation,
ALLIEDSIGNAL, INC., a Delaware corporation, n/k/a Honeywell International, Inc.,
BREED TECHNOLOGIES, INC., a Delaware corporation,
HONEYWELL, INC., a Delaware corporation, n/k/a Honeywell International, Inc., and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reschedule Scheduling Conference [filed May 23, 2006; Doc. No. 9] is **GRANTED** as follows:

    The Scheduling Conference set for June 8, 2006 is ***vacated and reset*** to **June 30, 2006 at 8:30 a.m.**, in Courtroom A501.  The proposed Scheduling Order is due on or before **June 26, 2006.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  May 24, 2006