IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00629-WYD-PAC

JACQUELINE GOEMMER,

    Plaintiff(s),

v.

FORD MOTOR COMPANY, a Delaware corporation,
ALLIEDSIGNAL, INC., a Delaware corporation, n/k/a Honeywell International, Inc.,
BREED TECHNOLOGIES, INC., a Delaware corporation,
HONEYWELL, INC., a Delaware corporation, n/k/a Honeywell International, Inc., and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Leave to Join Additional Parties and to File First Amended Complaint and Jury Demand [filed July 28, 2006; Doc. No. 22] is **GRANTED** as follows:

    The First Amended Complaint and Jury Demand tendered on July 28, 2006 is accepted for filing this date.

Dated:  August 2, 2006