IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-~~629~~ 00629-WYD-PAC

JACQUELENE GOEMMER

Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL INC., a Delaware corporation,
now known as Honeywell International Inc.;
TRW AUTOMOTIVE SAFETY SYSTEMS, INC., a Delaware corporation;
HONEYWELL INC., a Delaware corporation, now known as
Honeywell International Inc.; and
HONEYWELL INTERNATIONAL INC., a Delaware
corporation

Defendants.

---

**FIRST SUPPLEMENTAL SCHEDULING ORDER RE: DEPOSITIONS**

---

The parties, through their undersigned counsel, hereby respectfully submit this proposed First Supplemental Scheduling Order Re: Depositions, and state as follows:

On June 30, 2006, this Court entered a Scheduling Order which provided that the parties were to submit a deposition schedule by October 16, 2006. Pursuant thereto, the parties respectfully submit the following deposition schedule for the Court's approval:

| | |
|---|---|
| Plaintiff Jacquelene Goemmer (7 hours) | January-March 2007 |
| Otto Goemmer (7 hours) | January-March 2007 |

| | |
|---|---|
| 30(b)(6) Deposition of Ford (14 hours) | (Date not agreed upon as yet) |
| 30(b)(6) Deposition of Honeywell (7 hours) | March 6, 2007 |
| (It is Honeywell's position that it has no one to designate at this time.) | |
| 30(b)(6) Deposition of TRW (7 hours) | March 13, 2007 |
| Accident Fact Witnesses (2 hours per) | January-March, 2007 |
| Medical Fact Witnesses (2 hours per) | January-March, 2007 |
| Expert Depositions (7 hours per) | May 7-June1, 2007 |

DATED this 17th day of October 2006.

BY THE COURT:

[signature]

~~United States Magistrate Judge~~
**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO** for Magistrate Judge Coan

APPROVED:

*s/Justin C. Berg*

Jon N. Banashek
Justin C. Berg
BERG HILL GREENLEAF & RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302
Telephone: (303) 402-1600
Fax: (303) 402-1601
Email: jcb@bhgrlaw.com
*Attorneys for Plaintiff*

*s/Edward C. Stewart*

Edward C. Stewart
WHEELER TRIGG & KENNEDY LLP
1801 California Street
Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1897
Fax: (303) 256-3897
Email: stewart@wtklaw.com
*Attorneys for Defendant Ford Motor Co.*

*s/Peter F. Jones*

Peter F. Jones
Steven M. Hamilton
HALL & EVANS LLC
1125 Seventeenth Street
Suite 600
Denver, Colorado 80202-5817
Telephone: (303) 628-3300
Fax: (303) 628-3368
jonesp@hallevans.com
*Attorneys for Defendant*
*Honeywell International, Inc.*

*s/Chad D. Williams*

DAVIS GRAHAM & STUBBS LLP
1550 17th Street, #500
Denver, Colorado 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: chad.williams@dgslaw.com
*Attorneys for TRW Vehicle*
*Safety Systems Inc.*