IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00629-WYD-PAC

JACQUELENE GOEMMER,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL, INC., a Delaware corporation, now known as Honeywell International, Inc.;
BREED TECHNOLOGIES, INC., a Delaware corporation;
HONEYWELL, INC., a Delaware corporation, now known as Honeywell International, Inc.; and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL OF PARTY WITHOUT PREJUDICE

THIS MATTER comes before the Court upon the joint motion of Plaintiff and TRW Vehicle Safety Systems Inc. (incorrectly denominated as "TRW Automotive Safety Systems, Inc.," and hereafter "TRW VSSI") for dismissal of TRW VSSI without prejudice [# 44], filed March 14, 2007.  After careful consideration of the file in the matter, I find that the motion should be GRANTED.  Accordingly, it is

ORDERED that the Joint Motion of the Plaintiff and TRW Vehicle Safety Systems, Inc. for Dismissal of TRW Vehicle Safety Systems Without Prejudice [# 44] is **GRANTED.**  It is

FURTHER ORDERED that TRW VSSI is hereby **DISMISSED FROM THIS ACTION WITHOUT PREJUDICE**, each party to pay its own costs.

Dated: March 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge