IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00629-WYD-PAC

JACQUELENE GOEMMER,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL, INC., a Delaware corporation, now known as Honeywell International, Inc.;
BREED TECHNOLOGIES, INC., a Delaware corporation;
HONEYWELL, INC., a Delaware corporation, now known as Honeywell International, Inc.; and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendants.

## DISMISSAL OF PARTIES WITH PREJUDICE

THIS MATTER comes before the Court on a Stipulation for Dismissal With Prejudice of Defendants Breed Technologies, Inc., Honeywell, Inc., and Honeywell International, Inc. [# 47], filed May 15, 2007.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants Breed Technologies, Inc., Honeywell, Inc., and Honeywell International, Inc. should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice of Defendants Breed Technologies, Inc., Honeywell, Inc., and Honeywell International, Inc. [# 47] is **APPROVED**; and that Plaintiff's claims against Defendants Breed Technologies, Inc., Honeywell, Inc., and Honeywell International, Inc. are **DISMISSED WITH PREJUDICE**,

each party to pay its own attorney's fees and costs.

Dated: May 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge