IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00629-WYD-PAC

JACQUELENE GOEMMER,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL, INC., a Delaware corporation, now known as Honeywell International, Inc.;
BREED TECHNOLOGIES, INC., a Delaware corporation;
HONEYWELL, INC., a Delaware corporation, now known as Honeywell International, Inc.; and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendants.

## AMENDED ORDER OF DISMISSAL OF PARTY WITH PREJUDICE

THIS MATTER comes before the Court upon the joint motion of Plaintiff and TRW Vehicle Safety Systems Inc. (incorrectly denominated as "TRW Automotive Safety Systems, Inc.," and hereafter "TRW VSSI") for dismissal of TRW VSSI with prejudice [# 46], filed May 14, 2007.  By way of background, on March 16, 2007, I granted a joint motion to dismiss TRW VSSI without prejudice [# 44], filed March 14, 2007.  After careful consideration of the file in the matter, I find that the motion for dismissal of TRW VSSI with prejudice should be GRANTED.  Therefore, I am amending my Order of Dismissal of Party Without Prejudice [# 45], filed March 16, 2007 to indicate that this party should be dismissed with prejudice  Accordingly, it is

ORDERED that the Joint Motion of the Plaintiff and TRW Vehicle Safety

Systems, Inc. for Dismissal of TRW Vehicle Safety Systems With Prejudice [# 46] is **GRANTED.** It is

FURTHER ORDERED that TRW VSSI is hereby **DISMISSED FROM THIS ACTION WITH PREJUDICE**, each party to pay its own costs. It is

FURTHER ORDERED that my Order [# 45], filed March 16, 2007, is amended to reflect this change.

Dated: May 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge