IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00629-WYD-KLM

JACQUELENE GOEMMER,

     Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL, INC., a Delaware corporation, now known as Honeywell International, Inc.;
BREED TECHNOLOGIES, INC., a Delaware corporation;
HONEYWELL, INC., a Delaware corporation, now known as Honeywell International, Inc.; and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

     Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Plaintiff's (unopposed) Petition to Approve Settlement Agreement and the Establishment of the Goemmer Qualified Settlement Fund *Filed Under Seal* (docket #52), filed June 12, 2007.  The petition was referred to Magistrate Judge Kristen L. Mix for a recommendation by Order of Reference dated August 3, 2007.  Magistrate Judge Mix issued a Recommendation on August 7, 2007, that the above referenced petition be approved.  (Recommendation at 1.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 3.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced petition should be approved. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Mix [# 56] dated August 7, 2007, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the Plaintiff's (unopposed) Petition to Approve Settlement Agreement and the Establishment of the Goemmer Qualified Settlement Fund *Filed Under Seal* (docket #52), filed June 12, 2007 is **APPROVED**.

Dated: August 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge