IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00629-WYD-KLM

JACQUELENE GOEMMER

    Plaintiff(s),

v.

FORD MOTOR COMPANY, A DELAWARE CORPORATION;
ALLIEDSIGNAL INC., A DELAWARE CORPORATION,
NOW KNOWN AS HONEYWELL INTERNATIONAL INC.;
TRW AUTOMOTIVE SAFETY SYSTEMS, INC., A DELAWARE CORPORATION;
HONEYWELL INC., A DELAWARE CORPORATION, NOW KNOWN AS HONEYWELL INTERNATIONAL INC.; AND
HONEYWELL INTERNATIONAL INC., A DELAWARE CORPORATION

    Defendant(s).

---

## ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT FORD MOTOR COMPANY WITH PREJUDICE

---

THIS MATTER comes before the Court on Plaintiff Jacquelene Goemmer's and Defendant Ford Motor Company's Stipulation for Dismissal of Ford Motor Company With Prejudice [docket #60], filed October 1, 2007.  After carefully reviewing the file in the above-captioned matter, I find that the stipulation should be approved.  Accordingly, the Court orders as follows:

    It is ORDERED that the Stipulation for Dismissal of Ford Motor Company With Prejudice [docket #60] is **APPROVED**.  It is

    FURTHER ORDERED that the Ford Motor Company is hereby **DISMISSED from this action WITH PREJUDICE**.  It is

    FURTHER ORDERED that the Clerk of the Court shall change the caption to reflect the dismissal of Defendant Ford Motor Company.  It is

FURTHER ORDERED that the Court will retain jurisdiction over this action with respect to the Goemmer Qualified Settlement Fund and the disbursements thereof.

Dated: October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge