IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00629-WYD-KLM

JACQUELENE GOEMMER,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;
ALLIEDSIGNAL, INC., a Delaware corporation, now known as Honeywell International, Inc.;
BREED TECHNOLOGIES, INC., a Delaware corporation;
HONEYWELL, INC., a Delaware corporation, now known as Honeywell International, Inc.; and
HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

    Defendants.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION
## FOR DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Dismissal With Prejudice (docket #88), filed September 14, 2009.  The Court, having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, finds that the motion should be granted and the case dismissed with prejudice.  Accordingly, it is

ORDERED that  Plaintiff's Unopposed Motion for Dismissal With Prejudice (docket #88) is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**.

Dated: September 15, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge